FARHANG & MEDCOFF
4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433
F:520.790.5736

John C. Smith (#023008)
jsmith@fmlaw.law
Cody D. Vandewerker (#033385)
cvandewerker@fmlaw.law

*Attorneys for Plan Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>PUCHI PROPERTIES, INC.,<br><br>               Debtor. | Chapter 11 Proceedings<br><br>Case No. 4:14-bk-01372-BMW<br><br>**VERIFIED STATEMENT PURSUANT TO FRBP RULES 2014 AND 2016 AND 11 U.S.C. § 101(14)** |

John C. Smith, the Plan Trustee for Puchi Properties, Inc. (the "Debtor") hereby files this Verified Statement pursuant to Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 101(14). The undersigned is currently representing Vicky Puchi-Saavedra, the daughter of Alfredo and Magda Puchi, the principals of the above Debtor, with regard to the following causes of action:

1. Counsel has substituted in as attorney of record for Earth's Healing, Inc., Vicky Puchi-Saavedra and Eduardo Saavedra, in *Skyline Ridge, LLC v. Earth's Healing, Inc., etc., et al.,* Pima County Superior Court Case No. C20173398 (an action for breach of contract and unjust enrichment); and

2. Counsel has entered his appearance on behalf of creditors Earth's Healing, Inc., Vicky Puchi-Saavedra and Eduardo Saavedra in the Chapter 11 bankruptcy case *In re Skyline Ridge, LLC,* Case No. 4:18-bk-01908-BMW.

Counsel's representation of Ms. Puchi-Saavedra as a creditor in another bankruptcy proceeding and as a defendant/counterclaimant in a state court civil action does not constitute an interest materially adverse to the interest of the Debtor's estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

DATED this 9th day of October 2018.

FARHANG & MEDCOFF

By */s/ John C. Smith*
John C. Smith
*Attorneys for Plan Trustee*

Copy mailed or emailed* this 9th day of October 2018, to:

Renee Sandler Shamblin*
Office of the United States Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706
*Renee.s.shamblin@usdoj.gov*

Bradley Pack*
David Wm. Engelman*
Engleman Berger, P.C.
3636 North Central Ave., Ste. 700
Phoenix, AZ 85012
*bdp@eblawyers.com*
dwe@eblawyers.com

Howard A. Chorost*
21 E. Speedway Blvd.
Tucson, AZ 85705
Howard.chorost@azbar.org

Donald E. Gabriel*
2 W. Saguaro Vista
Tucson, AZ 856704
ppatton@theriver.com

Robert F. Kuhn*
5151 E. Broadway Blvd., Ste. 760
Tucson, AZ 85711
rbtkuhn@aol.com

| | |
|---|---|
| 1 | Ethan Steele, P.C.* |
| 2 | 145 S. 6th Avenue<br>Tucson, AZ 85701 |
| 3 | Ethansteelelaw@qwestoffice.net |
| 4 | Maria B. Wolfinger* |
| 5 | 5408 Grove Street.<br>Laveen, AZ 85339 |
| 6 | Elian5@cox.net |
| 7 | Lawrence Wilk* |
| 8 | Jaburg & Wilk<br>3200 N. Central, 20th Floor |
| 9 | Phoenix, AZ 85012<br>lew@jaburgwilk.com |
| 10 | |
| 11 | Pamela K. Donner*<br>7950 E. Acoma Dr., Suite 108 |
| 12 | Scottsdale, AZ 85260<br>azreceivergroup@cox.net |
| 13 | |
| 14 | Alan R. Solot*<br>2701 E. Speedway, Ste. 203 |
| 15 | Tucson, AZ 85716<br>arsolot@gmail.com |
| 16 | Roberto C. Montiel, Esq. |
| 17 | Law Office of Roberto C. Montiel<br>571 North Grand Avenue |
| 18 | Nogales, AZ 85621-2710 |
| 19 | Gregory L. Droeger*<br>Law Offices of Gregory L. Droeger |
| 20 | 477 W. Crawford Street<br>Nogales, AZ 85621 |
| 21 | droegerlaw@gmail.com |
| 22 | Mr. Jeffrey H. Verbin<br>Nicole Goodwin |
| 23 | Karl Burrer<br>Greenberg Traurig |
| 24 | 2375 E. Camelback Road, Suite 700<br>Phoenix, AZ 85016 |
| 25 | verbinj@gtlaw.com<br>goodwinn@gtlaw.com |
| 26 | burrerk@gtlaw.com |
| 27 | |
| 28 | |

FARHANG & MEDCOFF

FARHANG & MEDCOFF

Santa Cruz County Treasurer
2150 N. Congress Drive
Nogales, AZ 85621-1091

Robert Bell
4236 Gardendale Ct.
Riverside, CA 92505-3460

Transporte Mary, LLC
Transporte Supremo, LLC
2902 W Van Buren #6
Phoenix AZ 85009

Dennis A. Rosen
1670 E. River, Ste. 124
Tucson, AZ 85718-5986

Quantum 3 Group LLC, as Agent
For Galaxy Asset Purchasing LLC
PO Box 788
Kirkland, WA 98083-0788

Magda Puchi
623 Crawford
Nogales, AZ 85621

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

S&M, LLC
128 Paseo de Golf
Green Valley, AZ 85614

City of Nogales
777 N. Grand Avenue
Nogales, AZ 85621

*/s/ Liza D. Taylor*
Liza D. Taylor